UNITED STATES DISRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Cricketbow Design, LLC,

    Plaintiff,

v.                                         Case No. 22-10038
                                          Honorable Victoria A. Roberts

Shein Fashion Group, Inc., et al.,,

    Defendant.

_____/

## ORDER OF DISMISSAL

    Plaintiff filed a Notice of Voluntary Dismissal With Prejudice and Without Costs to Any Party, Pursuant to Fed. R. Civ. P. 41(a)(1) as to Defendant Amazon.Com, Inc., Only. (Doc. #4)

    **IT IS ORDERED** that Defendant Amazon.com, Inc. is dismissed with prejudice.

                                                    s/ Victoria A. Roberts
                                                    Victoria A. Roberts
                                                    United State District Judge

Dated: 3/6/2022