# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

CRICKETBOW DESIGN, LLC,

                Plaintiff,

Case No.: 2:22-cv-10038
Hon. Victoria A. Roberts

vs

 SHEIN FASHION GROUP, INC.,
AMAZON.COM INC., JIU QUAN LAN
XIN SHANG MAO YOU XIAN GONG
SI d/b/a SKRYUIE, and LINNA,ZHAO
d/b/a SKRYUIE

                Defendants.

_____/

WOOD, KULL, HERSCHFUS, OBEE & KULL, PC
Robert J. Kull (P55733)
James E. Bobcik (P82279)
Attorneys for Plaintiff
37000 Grand River Avenue, Suite 290
Farmington Hills, Michigan 48335-2881
(248) 476-2000 / (248) 476-3660 – fax
rjk@woodkull.com/jbobcik@woodkull.com

_____/

## VOLUNTARY NOTICE OF DISMISSAL WITH PREJUDICE AS TO SHEIN FASHION GROUP, INC., ONLY

Plaintiff, CRICKETBOW DESIGN, LLC, hereby files this Voluntary Notice

of Dismissal with Prejudice as to SHEIN FASHION GROUP, INC., only, and

without costs to any party, pursuant to Fed. R. Civ. P. 4l(a)(1).

Respectfully submitted,

**WOOD, KULL, HERSCHFUS, OBEE & KULL, P.C.**

By:     /s/ James E. Bobcik
        Robert J. Kull (P55733)
        James E. Bobcik (P82279)
        *Attorneys for Plaintiff*
        37000 Grand River Avenue, Suite 290
        Farmington Hills, Michigan 48335
        (248) 476-2000
Dated: April 6, 2022     jbobcik@woodkull.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2022, I electronically filed the foregoing document

using the Court's ECF system, which will automatically send notice of such filing

to all attorneys of record. I further certify that I did not serve this document on any

party via U.S. Mail.

Respectfully submitted,

**WOOD, KULL, HERSCHFUS, OBEE & KULL, P.C.**

By:  /s/ James E. Bobcik

James E. Bobcik P82279

*Attorneys for Plaintiff*

37000 Grand River Avenue, Suite 290

Farmington Hills, Michigan 48335

(248) 476-2000

Dated: April 6, 2022               jbobcik@woodkull.com